UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOHNSON, | Case No. 16-cv-06414 NC (PR) |
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| S. HATTON, Warden, | |
| Respondent. | |

This federal habeas action, in which petitioner challenges a conviction he suffered in Sacramento County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED:  November 17, 2016

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-06414 NC (PR)
ORDER OF TRANSFER