UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOHNSON,<br><br>            Petitioner,<br><br>   v.<br><br>S. HATTON,<br><br>            Respondent. | No. 2:16-cv-2744 KJM CKD P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 3, 2017, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition to respondent's pending motion to dismiss within thirty days or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: April 14, 2017

                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

hatt2744.146