UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>S. HATTON,<br><br>　　　　Respondent. | No. 2:16-cv-2744 KJM CKD P<br><br>ORDER |

Petitioner, a state prisoner proceeding *pro se*, has filed a request for reconsideration of this court's April 13, 2018 order, ECF No. 28. *See* ECF No. 29. By this motion, petitioner seeks resolution in his favor of the factual dispute referred back to the magistrate judge for further proceedings. *See* ECF No. 28 at 6-7. Petitioner has not shown any ground that would warrant reconsideration of the court's April 13, 2018 order. *Cf.* Fed. R. Civ. P. 60(b); L. R. 230(j) (E.D.Cal. 2017).

Accordingly, IT IS HEREBY ORDERED that petitioner's May 2, 2018 motion for reconsideration, ECF No. 29, is denied.

Dated: May 22, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1